**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  14-cv-1081-KLM

**CYNTHIA DRINKARD,**

        **Plaintiff,**

**v.**

**VIKING CLIENT SERVICES, INC., a Minnesota Corporation**

        **Defendant**

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

**COMES NOW** the Plaintiff, by and through her undersigned attorney, notifying this Honorable Court that the parties have settled all issues of this case.  Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) the Plaintiff dismisses this case with prejudice.  The parties each shall pay their own attorney fees and costs.

May 21, 2014

        Respectfully submitted,

        <u>s/Troy D. Krenning</u>
        **Troy D. Krenning, Esq.**
        LAW OFFICE OF TROY D. KRENNING, LLC
        770 N Lincoln Avenue
        Loveland, Colorado 80537
        (970) 292-8290
        (303) 583-8325
        **Attorney for Plaintiff**